John F. Daly, Respondent, v. Brooklyn Daily Eagle, Appellant.— Judgment and order reversed and new trial granted, costs to abide the event, for error presented by exceptions contained in the record at folios 295 to

302.  (See *Philpot* v. *Fifth Avenue Coach Co.*, 142 App. Div. 811, 822, 823.) Jenks, P. J., Carr, Stapleton, Mills and Rich, JJ., concurred.